JPML FORM lA - Continuation                    DOCKET ENTRIES -- p._____

DOCKET NO. __459__   IN RE CHAMBERS CORPORATION ANTITRUST LITIGATION _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 81/02/23 | 1 | MOTION, BRIEF, SCHEDULE A -- Chambers Corp. for transfer of actions. w/cert. of service SUGGESTED TRANSFEREE DISTRICT: N.D. Tex. or N.D. Miss. |
| 81/03/05 | | APPEARANCES -- Robert P. Cummins, Esq. for Douglas TV and Appliances, Inc.; James Duryea, Jr., Esq. for D & R Distributing Co., Inc.; Robert W. Jordan, Esq. for Chambers Corp. and Rangaire Corp.; and Lawrence M. Gavin, Esq. for Remco Federal Inc.          (ea)  (rew) |
| 81/03/10 | 2 | BRIEF, AFFIDAVITS, CERT. OF SVC., EXHIBIT -- D & R Distributing Co., Inc.          (ea) |
| 81/03/11 | 3 | RESPONSE, CERT. OF SVC. -- Douglas TV & Appliances, Inc.(ea |
| 81/03/20 | 4 | BRIEF IN REPLY, CERT. OF SVC. -- Movant Chambers Corp.(ea) |
| 81/03/23 | | HEARING ORDER -- Setting Motion for Panel hearing in Washington, D.C. on April 30, 1981  (cds) |
| 81/04/28 | | HEARING APPEARANCE -- Robert W. Jordna, Esq. for Rangaire Corp., and Chambers Corp.; Robert P. Cummins, Esq. for Douglas TV and Appliance, Inc.; James Duryea, Jr., Esq. for D & R Distributing Co, Inc.          (rew) |
| 81/05/05 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 459 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 5, 1981 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 5/5/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 459 -- IN RE CHAMBERS CORPORATION ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Douglas TV and Appliances, Inc. v. Rangaire Corporation, et al. | N.D.Ill Decker | 80-C-6478 | | | | Denied 5/5/8 |
| A-2 | D & R Distributing Co., Inc. v. Chambers Corporation | E.D.Cal. Price | CV-F-80-297-EDP | | | | Denied 5/5/8 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __459__ -- __IN RE CHAMBERS CORPORATION ANTITRUST LITIGATION__

| | |
|---|---|
| DOUGLAS TV AND APPLIANCES, INC. (A-1) <br> Robert P. Cummins, Esq. <br> Cummins & Decker <br> 55 East Monroe Street <br> Suite 4333 <br> Chicago, Illinois  60603 | CHAMBERS CORPORATION <br> RANGAIRE CORPORATION <br> Robert W. Jordan, Esq. <br> Rain, Harrell, Emery, Young <br> & Doke <br> 4200 Republic National Bank <br> Tower <br> Dallas, Texas  75201 |
| D.& R DISTRIBUTING CO., INC. (A-2) <br> James Duryea, Jr., Esq. <br> Keith & Duryea <br> 50 California Street, Suite 955 <br> San Francisco, Ca.  94111 | REMCO FEDERAL INCORPORATED <br> Lawrence M. Gavin, Esq. <br> Boodell, Sears, Sugrue, Giambalvo <br> & Crowley <br> 69 West Washington Street <br> Suite 500 <br> Chicago, Illinois  60602 |

JPML FORM 3

P. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 459 -- IN RE CHAMBERS CORPORATION ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RANGAIRE CORP. | A-1 |
| CHAMBERS CORP. | A-1; A-2 |
| REMCO FEDERAL INC. | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |