DOCKET NO. 459

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY -5 1981

5/5/81

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CHAMBERS CORPORATION ANTITRUST LITIGATION

ORDER DENYING TRANSFER*

The Panel ruled from the bench at the hearing on this matter that transfer of the two actions listed on the attached Schedule A to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Fred Daugherty took no part in the decision of this matter.

SCHEDULE A

<u>MDL-459 -- In re Chambers Corporation Antitrust Litigation</u>
    <u>Northern District of Illinois</u>
       <u>Douglas TV and Appliances, Inc. v. Rangaire Corporation,</u>
         <u>et al., C.A. No. 80C6478</u>
         <u>Eastern District of California</u>
       <u>D & R Distributing Co., Inc. v. Chambers Corporation,</u>
         <u>C.A. No. CV-F-80-297-EDP</u>

SCHEDULE A